TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Michael Corpolongo*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Corpolongo, | Case No.: 2:16-cv-02535-DLR |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLMENT AS TO DEFENDANT DITECH FINANCIAL, LLC, ONLY** |
| Equifax Information Services, LLC a Georgia corporation, Trans Union, LLC, a Delaware limited liability company, and Ditech Financial LLC, a Delaware company. | |
| Defendants. | |

1

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Trans Union, LLC, in the above-captioned case have reached a settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant Ditech Financial, LLC, ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLLY SUBMITTED this 6th day of October, 2016.

                              KENT LAW OFFICES

                              By: */s/ Trinette G. Kent*
                                  Trinette G. Kent
                                  Attorneys for Plaintiff,
                                  Michael Corpolongo