TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*Michael Corpolongo*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Corpolongo, | Case No.:  2:16-cv-02535-DLR |
| Plaintiff, | |
| vs. | |
| | **STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC, ONLY** |
| Equifax Information Services, LLC, et al. | |
| Defendants. | |

Plaintiff and Defendant Equifax Information Services, LLC (hereinafter

referred to as "Equifax"), through counsel undersigned and pursuant to Rule

41(a)(1)(A)(ii), hereby stipulate that the above-captioned action may be dismissed

1

with prejudice against Defendant Equifax, only, with each party to bear its own attorneys' fees and costs, in accordance with the form of dismissal order filed concurrently herewith.

DATED this 26th day of October, 2016

KENT LAW OFFICES

By: _/s/  Trinette G. Kent_
Trinette G. Kent
*Attorney for Plaintiff*

SNELL & WILMER L.L.P.

_/s/ Christopher A. Meyers_
Christopher A. Meyers
*Attorney for Equifax*

PHILIP R. WOOTEN, P.C.

_/s/ Philip R. Wooten_
Philip R. Wooten
*Attorney for Trans Union*

WOLFE & WYMAN LLP

_/s/ Colt B. Dodrill_
Colt B. Dodrill
*Attorney for Ditech*