Tamara E. Fraser (MI State Bar No. P51997)
WILLIAMS, WILLIAMS, RATTNER &
 PLUNKETT, P.C.
380 N. Old Woodward Avenue, Suite 300
Birmingham, Michigan  48009
Telephone:  248-642-0333
Fax:  248-642-0856
tefraser@wwrplaw.com

*Counsel for Defendant Experian Information Solutions, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Corpolongo, <br><br>           Plaintiff, <br><br>    vs. <br><br> Experian Information Solutions, Inc., Equifax Information Services, LLC, Trans Union, LLC and Ditech Financial LLC, <br><br>           Defendants. | **Case No. 2:16-cv-02535-DLR** <br><br> STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY, WITH PREJUDICE |

Plaintiff, Defendant Experian Information Solutions, Inc. ("Experian") and Defendant Trans Union, LLC, through counsel undersigned and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that Defendant Experian, only, be dismissed with prejudice from the above-captioned action, with each party to bear its own attorneys' fees and costs, in accordance with the form of dismissal order filed concurrently herewith.

DATED:  March 13, 2017

  /s/ Trinette G. Kent (by consent)
TRINETTE G. KENT
KENT LAW OFFICES
10645 North Tatum Boulevard
Suite 200-192
Phoenix, Arizona  85028
*Attorney for Plaintiff*

  /s/ Tamara E. Fraser
TAMARA E. FRASER
WILLIAMS, WILLIAMS,
RATTNER & PLUNKETT, P.C.
380 N. Old Woodward Avenue
Suite 300
Birmingham, Michigan  48009
*Attorney for Defendant Experian*

  /s/ John Neil Stuart (by consent)
JOHN NEIL STUART
COHEN DOWD QUIGLEY
2425 East Camelback Road
Suite 1100
Phoenix, Arizona  85016
*Attorney for Defendant Trans Union, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Trinette G. Kent, Esq. | Jonathan Adam Dessaules, Esq. |
| tkent@kentlawpc.com | jdessaules@dessauleslaw.com |

John Neil Stuart, Esq.
nstuart@cdqlaw.com

     /s/ Stephanie L. Nelem
Stephanie L. Nelem