# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Corpolongo, | No. CV-16-02535-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Equifax Information Services LLC, et al., | |
| Defendants. | |

The Court has reviewed the parties' Stipulation for Dismissal with Prejudice as to Defendant Trans Union LLC. (Doc. 58.) For good cause shown,

**IT IS ORDERED** that Defendant Trans Union LLC only is dismissed with prejudice. Each party shall bear his or its own attorneys' fees and costs included herein. Clerk of the Court shall remove Defendant Trans Union LLC and its attorneys of record from receiving ECF Notifications.

Dated this 28th day of March, 2017.

Douglas L. Rayes
United States District Judge